**ROSEN ENTERTAINMENT SYSTEMS, LP, Plaintiff–Appellee,**

v.

**ICON ENTERPRISES INTERNATION-AL, INC., Defendant–Appellant.**

No. 05–1290.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2005.

Before MICHEL, Chief Judge, NEWMAN and SCHALL, Circuit Judges.

NEWMAN, Circuit Judge.

*ORDER*

Icon Enterprises International, Inc. moves to voluntarily dismiss its appeal. Rosen Entertainment Systems, LP opposes. Icon replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.